UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER VALLES-ALCASER,<br><br>                     Petitioner,<br><br>     v.<br><br>LORETTA LYNCH, et al.,<br><br>                     Respondent. | Case No. C15-1063-RSL-BAT<br><br>**REPORT AND RECOMMENDATON** |

Walter Valles-Alcaser brought this habeas action pursuant to 42 U.S.C. § 2241, seeking release from immigration detention. He has since been released. Dkt. 10-1. Through counsel, the parties have filed a stipulated motion for order of dismissal, asking the Court to dismiss this matter without prejudice and without an award of costs to either party. Dkt. 10. Accordingly, the Court recommends (1) the stipulated motion for order of dismissal, Dkt. 10, be **GRANTED**; (2) respondents' motion to dismiss, Dkt. 6, be **DENIED** as moot; and (3) this matter be **DISMISSED** without prejudice and without an award of costs to either party. A proposed order

\\

\\

REPORT AND RECOMMENDATON- 1

1 | accompanies this Report and Recommendation.  The Clerk shall note this matter as immediately

2 | ready for the District Judge's consideration.

3 |     DATED this 2nd day of September, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2