UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTER VALLES-ALCASER,

                Petitioner,

   v.

LORETTA LYNCH, et al.,

                Respondents.

Case No. C15-1063-RSL

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. The parties' stipulated motion for order of dismissal, Dkt. 10, is **GRANTED**.

3. Respondents' motion to dismiss, Dkt. 6, is **DENIED** as moot.

4. This action is **DISMISSED** without prejudice and without an award of costs to either party.

\\

\\

ORDER OF DISMISSAL- 1

5.  The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 14th day of September, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 2